

# NUMBER 13-15-00458-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN THE INTEREST OF K.B., A CHILD

**On appeal from the 279th District Court
of Jefferson County, Texas.**

## MEMORANDUM OPINION

**Before Justices Benavides, Perkes, and Longoria
Memorandum Opinion Per Curiam**

The appellant's brief in the above cause was due on January 13, 2016.[1]   On
January 21, 2016, February 4, 2016, and March 10, 2016, the Clerk of the Court notified
appellant that the brief had not been timely filed and that the appeal was subject to
dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1),
unless within ten days from the date of receipt of this letter, appellant reasonably

---

[1] This case is before the Court on transfer from the Ninth Court of Appeals in Beaumont pursuant
to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001
(West, Westlaw through 2015 R.S.).

explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief. To date, no response has been received from appellant.

Appellant has failed to either reasonably explain her failure to file a brief, file a motion for extension of time to file his brief, or file her brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM

Delivered and filed the
21st day of April, 2016.

2